United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 14, 2015
Docket #: 15-2098cv
Short Title: McDonald v. K-2 Industries, Inc.

DC Docket #: 10-cv-6678
DC Court: WDNY (ROCHESTER)
DC Judge: Larimer

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to dismiss the appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, October 27, 2015.

Inquiries regarding this case may be directed to 212-857-8595.